## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Case No. 00-4667 (KG) |
| | ) | Chapter 11 |
| MONTGOMERY WARD LLC, et al., | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | Adv. Proc. No. 08-10 |
| DIKA-WARD LLC, | ) | |
| | ) | |
| Appellant. | ) | C. A. No. 08-202 (JJF) |
| | ) | |
| v. | ) | |
| | ) | |
| PLAN ADMINISTRATOR FOR | ) | |
| MONTGOMERY WARD LLC AND PA | ) | |
| COMMITTEE OF MONTGOMERY | ) | |
| WARD LLC, et al., | ) | |
| | ) | |
| Appellees. | ) | |

### MOTION FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications (Exhibit "A"), counsel moves the admissions *pro hac vice* of Bradley A. Smith, Esquire and Thomas W. Goedert, Esquire of Neal & Leroy, LLC and David K. Welch, Esquire, Arthur G. Simon, Esquire, and Jeffrey C. Dan, Esquire, of Crane, Heyman, Simon, Welch & Clar to represent Dika-Ward, LLC in this matter.

FERRY, JOSEPH & PEARCE, P.A.

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)
824 Market Street, Suite 904
Wilmington, DE 19801
Telephone: (302) 575-1555

Dated: April 17, 2008            *Local Counsel for Dika-Ward, LLC*

**EXHIBIT "A"**

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standard Order for District Court Fund effective 1/1/08. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

DATED: April 14, 2008

Bradley A. Smith, Esq.
Neal & Leroy, LLC
203 N. LaSalle, Ste. 2300
Chicago, IL 60601
(312)641-7144

*Counsel for Dika-Ward, L.L.C.*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standard Order for District Court Fund effective 1/1/08. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

DATED: April 14, 2008

Thomas W. Goedert, Esq.
Neal & Leroy, LLC
203 N. LaSalle, Ste. 2300
Chicago, IL 60601
(312)641-7144

*Counsel for Dika-Ward, L.L.C.*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standard Order for District Court Fund effective 1/1/08. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

DATED: April 14, 2008

David K. Welch, Esquire
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle, Suite 3705
Chicago, IL 60603
Telephone: (312) 641-6777
Facsimile: (312) 641-7114

*Counsel for Dika-Ward, LLC*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standard Order for District Court Fund effective 1/1/08. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

DATED: April _14_, 2008

*/s/ Arthur Simon*
Arthur G. Simon, Esquire
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle, Suite 3705
Chicago, IL 60603
Telephone: (312) 641-6777
Facsimile: (312) 641-7114

*Counsel for Dika-Ward, LLC*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standard Order for District Court Fund effective 1/1/08. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

DATED: April 14, 2008

Jeffrey C. Dan, Esquire
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle, Suite 3705
Chicago, IL 60603
Telephone: (312) 641-6777
Facsimile: (312) 641-7114

*Counsel for Dika-Ward, LLC*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Case No. 00-4667 (KG) |
| | ) | Chapter 11 |
| MONTGOMERY WARD LLC, et al., | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | Adv. Proc. No. 08-10 |
| DIKA-WARD LLC, | ) | |
| | ) | |
| Appellant. | ) | C. A. No. 08-202 (JJF) |
| | ) | |
| v. | ) | |
| | ) | |
| PLAN ADMINISTRATOR FOR | ) | |
| MONTGOMERY WARD LLC AND PA | ) | |
| COMMITTEE OF MONTGOMERY | ) | |
| WARD LLC, et al., | ) | |
| | ) | |
| Appellees. | ) | |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admissions *pro hac vice* of Bradley A. Smith, Esquire and Thomas W. Goedert, Esquire of Neal & Leroy, LLC and David K. Welch, Esquire, Arthur G. Simon, Esquire, and Jeffrey C. Dan, Esquire, of Crane, Heyman, Simon, Welch & Clar is granted.

DATED: _____          _____
                                  United States District Judge

CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2008, I electronically filed the foregoing Motion and Order for Admissions *Pro Hac Vice* of Bradley A. Smith, Esquire and Thomas W. Goedert, Esquire of Neal & Leroy, LLC and David K. Welch, Esquire, Arthur G. Simon, Esquire, and Jeffrey C. Dan, Esquire, of Crane, Heyman, Simon, Welch & Clar with the Clerk of Court using the CM/ECF, which will send notification of such filings to the following:

Daniel B. Butz, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19801

I hereby certify that on April 17, 2008, I have mailed, by United States Postal Service, the document to the following non-registered participant:

Cathy Hershcopf, Esq.
Richard S. Kanowitz, Esq.
Brent Weisenberg, Esq.
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036

  /s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)
FERRY, JOSEPH & PEARCE, P.A.
824 Market Street, Suite 904
Wilmington, DE 19899
(302) 575-1555
ttacconelli@ferryjoseph.com