**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| MONTGOMERY WARD, LLC, et al., | ) | Case No. 00-4667 (KG) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| PLAN ADMINISTRATOR OF MONTGOMERY WARD, LLC, et al. and THE PA COMMITTEE OF MONTGOMERY WARD, LLC, et al., | ) ) ) ) | |
| Appellants, | ) | Case No.: 08-201 (JJF) |
| v. | ) | |
| DIKA-WARD, LLC, | ) | |
| Appellee. | ) | |
| DIKA-WARD, LLC, | ) | |
| Appellant, | ) | |
| v. | ) | Case No.: 08-202 (JJF) |
| PLAN ADMINISTRATOR OF MONTGOMERY WARD, LLC, et al., and THE PA COMMITTEE OF MONTGOMERY WARD, LLC, et al., | ) ) ) ) | |
| Appellees. | ) | |

**STIPULATION AND ORDER TO CONSOLIDATE APPEALS
AND SET BRIEFING SCHEDULE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, by and through their undersigned counsel, subject to the approval of this Court, that the appeal of the Plan Administrator for Montgomery Ward, LLC and the PA Committee of Montgomery Ward, LLC, *et al.* (collectively, the "Plan Administrator"), C.A. No. 08-201 (the "PA Appeal") and the

1471603 v2/NY

appeal of Dika-Ward, LLC ("Dika-Ward"), C.A. 08-202 (the "Cross-Appeal"), shall be and hereby are procedurally and substantively consolidated and a single briefing schedule relating to these consolidated appeals shall be set as follows:

- A) An opening brief of the Plan Administrator relating to the issues presented in the PA Appeal shall be filed on or before September 8, 2008, which brief shall not exceed fifty (50) pages, notwithstanding D. Del. LR 7.1.3(a)(4);

- B) A consolidated (i) answering brief relating to the issues presented in the PA Appeal and (ii) opening brief relating to the issues presented in the Cross-Appeal shall be filed by Dika-Ward on or before October 6, 2008, which brief shall not exceed fifty (50) pages, notwithstanding D. Del. LR 7.1.3(a)(4);

- C) A consolidated (i) reply brief relating to the issues presented in the PA Appeal and (ii) answering brief relating to the issues presented in the Cross-Appeal shall be filed by the Plan Administrator on or before October 27, 2008, which brief shall not exceed fifty (50) pages, notwithstanding D. Del. LR 7.1.3(a)(4); and

- D) A reply brief of Dika-Ward relating to the issues presented by the Cross-Appeal shall be filed on or before November 17, 2008, which brief shall not exceed fifty (50) pages, notwithstanding D. Del. LR 7.1.3(a)(4).

(SIGNATURES TO FOLLOW ON NEXT PAGE)

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT<br>& TUNNELL LLP<br><br>/s/ Daniel B. Butz<br>Derek Abbott (No. 3376)<br>Daniel B. Butz (No. 4227)<br>Chase Manhattan Centre, 18th Floor<br>1201 N. Market Street<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br><br>- and -<br><br>COOLEY GODWARD KRONISH LLP<br>Cathy Hershcopf (CH 5875)<br>Richard S. Kanowitz (RK 0677)<br>Brent Weisenberg (BW 7107)<br>1114 Avenue of the Americas<br>New York, NY 10036<br>(212) 479-6000<br><br>Counsel for the Plan Administrator and the PA Committee of Montgomery Ward LLC, et al. | FERRY, JOSEPH & PEARCE, P.A.<br><br>/s/ Theodore J. Tacconelli<br>Theodore J. Tacconelli (No. 2678)<br>Steven G. Weiler (No. 4934)<br>824 Market Street, Ste. 904<br>Wilmington, DE 19801<br>(302) 575-1555<br><br>- and -<br><br>NEAL & LEROY, LLC<br>Thomas W. Goedert, Esq.<br>Bradley A. Smith, Esq.<br>203 N. LaSalle, Ste. 2300<br>Chicago, IL 60601<br>(312) 641-7144<br><br>- and -<br><br>CRANE, HEYMAN, SIMON, WELCH & CLAR<br>David K. Welch, Esq.<br>Arthur G. Simon, Esq.<br>Glenn R. Heyman, Esq.<br>135 S. LaSalle, Ste. 3705<br>Chicago, IL 60603<br>(312) 641-6777<br><br>Counsel for Dika-Ward, L.L.C. |

IT IS SO ORDERED, this _____ day of September, 2008.

_____
Joseph J. Farnan, Jr.
United States District Court Judge